IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT W. SMITH,

    Plaintiff,

vs.                                  CASE NO. 3:06cv400/RS

LIBERTY AMERICAN SELECT
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

    Before me is Plaintiff's Motion To Compel Appraisal (Doc. 16). Plaintiff's attorney has unequivocally acknowledged that Plaintiff has accepted Defendant's determination of the scope of damage by Defendant's adjuster. The issue in dispute is the value or cost of the repairs for the undisputed items of damage. Article VII, Paragraph D, of the Standard Flood Insurance Policy applies to this situation.

**IT IS ORDERED:**

1. The parties shall submit Plaintiff's claim to the appraisal process provided by Article VII of the SFIP. The parties shall choose their appraisers not later than twenty days from the date of this Order.

2. Plaintiff shall provide Defendant complete documentation of all repairs and replacement of property covered by Plaintiff's SFIP not later than March 16, 2007.

ORDERED on March 6, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**